Case 2:14-cr-00512-GEKP  Document 6  Filed 12/08/14  Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Bea L. Witzleben*
*Direct Dial: (215) 861-8680*
*Facsimile: (215) 861- 8618*
*E-mail Address: Bea.Witzleben@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

December 5, 2014

**FILED**

DEC 0 8 2014

MICHAELE KUNZ.Clerk
By_____ Dep Clerk

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re:  United States v. Supreme Food Service, Criminal No. 14-512

Dear Clerk:

Please unimpound the Information (filed September 24, 2014) in regard to the above-captioned

case. This matter no longer needs to be under seal. Thank you.

Very truly yours,

ZANE DAVID MEMEGER
United States Attorney

Bea L. Witzleben
Assistant United States Attorney