IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 14-512-1 |
| | : | |
| SUPREME FOODSERVICE GMBH, | : | |
| f/k/a SUPREME FOODSERVICE AG | : | |

## WAIVER OF INDICTMENT

Supreme Foodservice GmbH, f/k/a Supreme Foodservice AG, the above named defendant, who is accused of

18 U.S.C. § 1031 (major fraud)
18 U.S.C. § 371 (conspiracy) and
18 U.S.C. § 1343 (wire fraud)

being advised of the nature of the charges and its rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Emma J. Sharma, for and on behalf of
Supreme Foodservice GmbH,
f/k/a Supreme Foodservice AG,
Defendant

_____
Witness

12/8/2014
Date

_____
Thomas M. Gallagher, Counsel for
Supreme Foodservice GmbH,
f/k/a Supreme Foodservice AG,
Defendant